E-FILED 3/21/17

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA VIDRIO and PAUL BRADLEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED AIRLINES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 2:15-cv-07985-PSG-MRW<br><br>[~~PROPOSED~~] FINAL JUDGMENT<br><br>Judge: Hon. Phillip Gutierrez |

For the reasons stated in the Court's Order GRANTING Defendant's Motion for Summary Judgment and DENYING Plaintiffs' Motion for Summary Judgment, dated March 15, 2017 (Dkt. 47), FINAL JUDGMENT IS HEREBY ENTERED in favor of United Airlines, Inc., and against Named Plaintiff Felicia Vidrio, Named Plaintiff Paul Bradley, and the certified class. The Clerk SHALL CLOSE THE FILE.

**IT IS SO ORDERED.**

Dated: 3/20/17

PHILIP S. GUTIERREZ
_____
Hon. Phillip Gutierrez
United States District Judge

NOTICE OF LODGING OF [PROPOSED]
FINAL JUDGMENT
2:15-CV-07985-PSG-MRW